■ JAY F. HIGGINS et al., Respondents, v WILLIAM Q. DOWLING et al., Appellants. [626 NYS2d 440] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about August 31, 1994, unanimously affirmed for the reasons stated by Lebedeff, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman, Nardelli and Mazzarelli, JJ.